# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 1, 2013

Robert P. Young, Jr.,
Chief Justice

146102

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

MICHIGAN ONE FUNDING, L.L.C., and
PRIMEONE INSURANCE COMPANY,
     Plaintiffs-Appellants,

v

                                     SC: 146102
                                     COA: 303799

L. MATTHEW MACLEAN,
         Defendant-Appellee.
                                     Oakland CC: 2010-110491-CK

_____/

      On order of the Court, the application for leave to appeal the September 20, 2012 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



     I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 1, 2013                                          _____
                                                     Clerk

t0430